IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| FREDERICK LEE RADFORD, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 325-043 |
| | ) | |
| GEORGIA DEPARTMENT OF CORRECTIONS; UNITED STATES JUDICIAL SYSTEM; UNITED STATES DEPARTMENT OF TREASURY; THE REPUBLICAN PARTY; GOVERNOR KEMP; and DONALD TRUMP, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff, incarcerated at Telfair State Prison in Helena, Georgia, commenced the above-captioned civil rights case *pro se* and requested permission to proceed *in forma pauperis* ("IFP"). On April 15, 2025, the Court directed Plaintiff to return his Prisoner Trust Fund Account Statement and Consent to Collection of Fees forms within thirty days and advised Plaintiff all prisoners, even those proceeding IFP, must pay the filing fee of $350.00 in full. 28 U.S.C. § 1915(b)(1). Plaintiff was cautioned failure to respond would be an election to have this case voluntarily dismissed without prejudice. (See doc. no. 4.)

The time to respond has passed, and Plaintiff has not submitted the documents required by the Court's April 15th Order. Although Plaintiff returned an account statement printout detailing the money in his trust account, (doc. no. 8), he did not return the Prisoner Trust Fund

Account Statement which must be signed by a prison official that was provided to him with the Court's April 15th Order. Nor has he submitted the Consent to Collection of Fees form which only he must sign. While Plaintiff explains he has provided the necessary financial form to prison officials and simply awaits its return, (id. at 3), he has not provided the Court with any explanation why he has not returned the Consent to Collection of Fees form. Despite his failure to return the IFP papers necessary to proceed with the case, Plaintiff has managed to file four other motions that have nothing to do with his IFP status. (Doc. nos. 5-7, 9.)

Plaintiff cannot proceed IFP unless he submits the requisite Trust Fund Account Statement and consents to collection of the entire $350.00 filing fee in installments. Wilson v. Sargent, 313 F.3d 1315, 1319, 1321 (11th Cir. 2002) (citing 28 U.S.C. § 1915). Plaintiff has been warned that failing to return the necessary IFP papers would be an election to have his case voluntarily dismissed. As Plaintiff has neither fulfilled the requirements for proceeding IFP, nor paid the full filing fee, the Court **REPORTS** and **RECOMMENDS** this case be **DISMISSED** without prejudice, all motions and deadlines be **TERMINATED**, and this civil action be **CLOSED**.

SO REPORTED and RECOMMENDED this 27th day of May, 2025, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA