IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| FREDERICK LEE RADFORD, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | CV 325-043 |
| ) | |
| GEORGIA DEPARTMENT OF   ) | |
| CORRECTIONS; UNITED STATES   ) | |
| JUDICIAL SYSTEM; UNITED STATES   ) | |
| DEPARTMENT OF TREASURY;   ) | |
| THE REPUBLICAN PARTY; GOVERNOR ) | |
| KEMP; and DONALD TRUMP,   ) | |
| ) | |
| Defendants. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. The Magistrate Judge recommended dismissing the amended complaint without prejudice and denying all pending motions as moot because Plaintiff failed to follow instructions for amending his original complaint. (See doc. no. 29.) In particular, the Magistrate Judge explained the amended complaint fails to make allegations associating the named Defendants with purported constitutional violations and is an impermissible shotgun pleading which violates the pleading requirements of the Federal Rules of Civil Procedure. (See id.)

In lieu of objections, Plaintiff submitted various notices, motions, and responses, none of which address the basis for, or otherwise undermine, the recommendation for dismissal.

(Doc. nos. 31, 32, 35, 36, 37, 38.) To the contrary, the filings continue Plaintiff's pattern of submitting virtually incomprehensible, rambling narratives which in no way provide a discernible basis for relief. As such, and because the case will be dismissed upon entry of this Order, the Court **DENIES AS MOOT** the motions filed after entry of the Report and Recommendation. (Doc. nos. 32, 35, 37, 38.)

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** the amended complaint without prejudice, **DENIES AS MOOT** the motions listed in the Report and Recommendation, (doc. nos. 22, 24-27), and **CLOSES** this civil action.

SO ORDERED this 12th day of September, 2025, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE